BEFORE THE FIRST DIVISION, JUNE 14, 1967

**No. P67/191.**—Import Associates of America, Inc. *v.* United States, protest 64/10154 (Los Angeles).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of synthetic rubber rainwear similar in all material respects to that the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 14, 1967

**No. P67/192.**—ACEC Electric Corp. *v.* United States, protest 66/14386 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of sewing machine motors similar in all material respects to those the subject of *ACEC Electric Corp.* v. *United States* (55 Cust. Ct. 138, C.D. 2563), the claim of the plaintiff was sustained.

**No. P67/193.**—Midland International Corporation *v.* United States, protest 65/8815 (St. Louis).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiff was sustained.

(NOTE: The following protests were decided by a special second division consisting of RAO, FORD, and LANDIS, Judges.)